**Esteban ORTEGA–SANCHEZ,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

No. 10–72614.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2013.*

Filed Oct. 2, 2013.

Karla L. Kraus, Esquire, Kraus Law Corporation, San Diego, CA, for Petitioner.

Joseph Anthony O'Connell, OIL, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

MEMORANDUM **

Esteban Ortega–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's ("IJ") decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence the agency's determination regarding continuous physical presence, *Gutierrez v. Mukasey*, 521 F.3d 1114, 1116 (9th Cir.2008), and we deny the petition for review.

Substantial evidence supports the agency's conclusion that Ortega–Sanchez failed to establish ten years of continuous physical presence in the United States prior to the service of his Notice to Appear because Ortega–Sanchez knowingly and voluntarily accepted administrative voluntary departure in lieu of appearing before an IJ during the relevant ten-year period. *See id.* at 1117–18 (acceptance of voluntary departure terminates physical presence if petitioner understood he had the right to go before an IJ and chose to depart instead).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

